**Fill in this information to identify the case:**

Debtor: Cheema Brother Logistics, Inc.

United States Bankruptcy Court for the: Eastern District of California
(State)

Case number
(If known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____   **Date or dates debt was incurred** _____   **Last 4 digits of account number**   ___ ___ ___ ___   **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed   **Basis for the claim:** _____   **Is the claim subject to offset?** ☐ No ☐ Yes | $_____ | $_____ |
| **2.2** | **Priority creditor's name and mailing address** _____ _____ _____   **Date or dates debt was incurred** _____   **Last 4 digits of account number**   ___ ___ ___ ___   **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed   **Basis for the claim:** _____   **Is the claim subject to offset?** ☐ No ☐ Yes | $_____ | $_____ |
| **2.3** | **Priority creditor's name and mailing address** _____ _____ _____   **Date or dates debt was incurred** _____   **Last 4 digits of account number**   ___ ___ ___ ___   **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed   **Basis for the claim:** _____   **Is the claim subject to offset?** ☐ No ☐ Yes | $_____ | $_____ |

Debtor   Cheema Brother Logistics, Inc.       Case number (if known) _____
         Name

# Part 1. Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.__** Priority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
_____

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

$_____   $_____

---

**2.__** Priority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
_____

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

$_____   $_____

---

**2.__** Priority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
_____

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

$_____   $_____

---

**2.__** Priority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
_____

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

$_____   $_____

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                              **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

American Express

200 Vesey Street
New York, NY 10285

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 65,361.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.2** Nonpriority creditor's name and mailing address

Cheema Investments, LLC

2276 Palo Alto Avenue
Clovis, CA 93611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 87,994.63

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.3** Nonpriority creditor's name and mailing address

Itria Ventures

462 7th Avenue
New York, NY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ $200,000.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.4** Nonpriority creditor's name and mailing address

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.5** Nonpriority creditor's name and mailing address

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.6** Nonpriority creditor's name and mailing address

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___